IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13 CR 02-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| KANDACE RHEAN GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS CAUSE coming on to be heard and being heard before the undersigned pursuant to a Violation Report (#62) filed in the above entitled cause alleging that Defendant has violated terms and conditions of her pretrial release. Prior to the call of this matter on for hearing, Defendant entered a plea of guilty to the crime of conspiracy to distribute hydrocodone, in violation of 21 U.S.C. § 841(a)(1) and 846. As a result of this plea of guilty, the undersigned entered an order detaining Defendant, pursuant to 18 U.S.C. § 3143(a)(2). As a result of the detention of Defendant, the hearing of the Violation Report has been rendered moot and will be denied.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Violation Report (#62) has

been rendered **MOOT** as a result of the Order of this Court detaining Defendant pursuant to 18 U.S.C. § 3143(a)(2) and will be **DENIED.**

Signed: September 25, 2013

Dennis L. Howell
United States Magistrate Judge